# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: MJ15-8250-REB |
| ) | |
| Plaintiff, ) | **ASSERTION OF FIFTH AND** |
| ) | **SIXTH AMENDMENT RIGHTS** |
| vs. ) | |
| Stacy Duane Wilfong ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain

silent and to have counsel present at any and all of my interactions with any local, state or

federal government or its agents.  I will not waive any of my constitutional rights except in

the presence of counsel, and I do not want any local, state or federal government or its agents

to contact me seeking my waiver of any rights unless my counsel is present.

(Defendant's Signature)          Date: 8 26 15

Federal Defender Services of Idaho, 702 W. Idaho Street, Suite 1000, Boise, ID 83702
(Attorney's Name/Address printed)

(Attorney's Signature)          Date: 8/26/15

ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS                                    Page 1